# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROBERT KIDD,**

        Petitioner,

        V.                            CASE NUMBER: **04-C-604**

**GARY R. MCCAUGHTRY, Warden,
Waupun Correctional Institution**,

        Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Robert Kidd's petition pursuant to Title 28, United States Code, Section 2254, is DENIED on its merits. This action is hereby DISMISSED IN ITS ENTIRETY.**

  **January 8, 2007**
Date                                               Clerk

                                                s/ Linda M. Zik
                                                (By) Deputy Clerk